

EMILY GREEN
Direct (713) 425-7427
Email egreen@krcl.com

April 21, 2021

Mr. Jason Marchand
Clerk-Judge Peter Bray
515 Rusk Street
Room 7720
Houston, Texas  77002

      Re:    Cause No. 4:21-cv-24; *Xavier Wallace et al., v. Georgios of Greenspoint Mall Inc.,*
            *Georgios of Sharpstown Center, Inc. and Emad Srour*; In the United States District
            Court for the Southern District of Texas, Houston Division

Dear Mr. Marchand:

      Please be advised that the Parties have settled the above-referenced case and are currently working together on the paperwork dismissing this action.  We believe that the paperwork will be completed with the next 30-45 days.

            Respectfully,

            **KANE RUSSELL COLEMAN LOGAN PC**

            EMILY E. GREEN

CC:  Clayton Craighead, via email.

Dallas
901 Main Street
Suite 5200
Dallas, Texas 75202
214.777.4200

Houston
5051 Westheimer Road
Suite 1000
Houston, Texas 77056
713.425.7400