United States District Court
Southern District of Texas
**ENTERED**
May 11, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Xavier Wallace, §
§
　　　　Plaintiff, §
§
versus § Civil Action H-21-24
§
Georgios of Greepoint Mall, Inc., et al., §
§
　　　　Defendants. §

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on May __10__, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge